# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

PATRICE OLIVIER

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4031-BSS

FILED by _____ D.C.
FEB 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ~~December 10, 2000~~ February 13 in Broward county, in the Southern District of Florida and elsewhere, defendant, did commit bank fraud and conspired to commit bank fraud;

in violation of Title 18 United States Code, Section(s) 1344 and 371

I further state that I am a(n) U.S. Secret Service Special Agent and that this complaint is based on the following facts:
*Official Title*

Please see attached affidavit.

Continued on the attached and made a part hereof: ☐ Yes ☐ No

_____
Charles Bloodworth
Special Agent, United States Secret Service

Sworn to before me, and subscribed in my presence,

February 14, 2000                at    Ft. Lauderdale, FL
Date                                    City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE        _____
Name and Title of Judicial Officer    Signature of Judicial Officer

# AFFIDAVIT

BEFORE THE UNDERSIGNED United States Magistrate Judge, of the Court of the Southern District of the State of Florida, personally came Special Agent Charles D. Bloodworth, Jr., who after being first duly sworn depose and say:

THAT I am a duly and lawfully commissioned Special Agent of the United States Secret Service (USSS), and have been a sworn police official for 10 years. I have been employed by the United States Secret Service since February of 1999, and have all the powers and duties of law enforcement officers in and for the United States of America. I am currently assigned to the Miami Field Office of the USSS and my duties include among other things, the investigation of counterfeit commercial checks. I have been involved with numerous investigations involving the uttering and printing of counterfeit checks. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein.

THE FOLLOWING grounds for the issuance of a Criminal Complaint, as required by law, exist.

To wit: the laws relating to Conspiracy to Defraud the United States 18 USC 371, Counterfeiting Securities of Private Entities 18 USC 513, Tools and Materials for Counterfeiting Purposes 18 USC 642, Bank Fraud 18 USC 1344, and Fraud and Related Activity in Connection with Identification Documents 18 USC 1028 have been violated therein, and evidence relevant to proving that a felony has been committed and that the laws of the United Sates have been violated.

YOUR AFFIANT BELIEVES and has probable cause to believe that the aforesaid crimes have been committed for the following reasons:

On October 19, 1999, Detective Julio Gonzalez of the Hollywood Police Department was called to the NationsBank at 3801 Hollywood Blvd. regarding an individual who was attempting to negotiate a counterfeit check at that location. Upon arrival, Detective Gonzalez immediately recognized the subject as Judy Marquis, a suspect involved in an earlier case involving the negotiation of numerous counterfeit items at several First Union National Bank branches. A search of Ms Marquis' vehicle subsequent to her arrest revealed Ms Marquis to be in possession of several other counterfeit checks made payable to her. Ms Marquis was questioned regarding her involvement in the NationsBank case and the earlier First Union cases and told Detective Gonzalez that she had obtained the numerous counterfeit checks from a black male who she knew only as "Patrick." Ms. Marquis described "Patrick" as a black male of possible African descent with dread locks, who commutes between New York and South Florida.

On 11-19-99, a black female, using a counterfeit Florida driver's license and a counterfeit Broward County School Board ID issued to a "Cynthia T. Harris," negotiated some seven counterfeit checks at several NationsBank branches throughout Miami-Dade and Broward counties. Hollywood Police Latent Print Examiner D. Watkins conducted an examination of the thumbprint on one of the counterfeit checks and determined "Cynthia T. Harris'" true identity to be Patricia A. Alexander.

On 8-30-99, 10-8-99, and again on 12-17-99, a black male, using a counterfeit Florida driver's license and a counterfeit Broward County School Board ID, both issued to a "Miguel R. Ponce," negotiated or attempted to negotiate counterfeit checks at a Hollywood NationsBank branch. A comparison of the thumb prints on the counterfeit checks negotiated by "Mr. Ponce" revealed "Miguel R. Ponce's" true name to be David Hill. Features of the counterfeit driver's licenses and the Broward County School Board Identification cards issued to "Harris" and "Ponce" were identical (including the

address printed on both counterfeit driver licenses) suggesting that the same parties may have generated all of the counterfeit items of identification.

On February 3, 2000, Patricia A. Alexander was taken into custody and questioned regarding her involvement in the several forgery incidents which occurred on 11-19-99. Ms. Alexander provided a sworn statement to Your Affiant and Detective Gonzalez in which she stated that she had obtained the counterfeit checks and the fraudulent Florida driver's license from a black male known to her only as "Patrick." Ms. Alexander described "Patrick" as a black male of West Indian descent with dread locks, who she knows to commute between New York and South Florida. Ms. Alexander told your affiant that "Patrick" leases a suite (KDL Marketing) on the second floor of an office complex at 3600 S. St. Rd. 7 in Miramar. She stated that sometime in early January 2000, and on previous occasions, she had been to Patrick's office. She said that "Patrick" took her picture with the use of a digital camera to produce fictitious drivers license and employment I.D. cards, and that in early January 2000 she saw her photo and her counterfeit driver's license stored and displayed in a computer in his office. Ms. Alexander told Detective Gonzalez and your Affiant that "Patrick" also owns two printers and other office equipment that he may use to generate the counterfeit items. Ms. Alexander stated that she last saw "Patrick" on or about February 2, 2000 and that he had called her from his office. Ms. Alexander also identified the pictured driver license and school board identification card bearing the name "Miguel Ponce" as an individual known to her as "David." She further identified the Broward County School Board identification card and the Florida driver license items as probably manufactured by "Patrick."

On February 9, 2000, Ms. Alexander told your Affiant that on February 8th, she had seen "Patrick" in the parking lot of the office complex at 3600 S. St. Rd. 7. She said that he had indicated to her that he "had something for her" and that she should go see him. On February 9th, before

executing a State Search Warrant, Detective Gonzalez observed a black male, fitting the description provided by Ms. Alexander, entering the building at 3600 S. St. Rd. 7. The subject was wearing a white long sleeve shirt, black pants, and dread locks worn as a ponytail. Ms. Alexander was searched and wired with a Unitel listening device and sent to make contact with "Patrick" at KDL Marketing in suite 234. Ms. Alexander entered into suite 234 she and "Patrick" engaged in conversation. The contents of the conversation were monitored and recorded by Detective C. Bradley-Graziadei of the Hollywood Police Department and your Affiant. Upon entering suite 234, the following conversation ensued: "Patrick" explained to Ms. Alexander that he planned to have her negotiate numerous counterfeit checks at First Union and Wachovia banks. Ms. Alexander told "Patrick" that she was uncomfortable with cashing checks at First Union but agreed to negotiate checks at Wachovia bank. "Patrick" explained that he wanted to have her negotiate counterfeit checks at some eight Wachovia bank locations in Broward County. Ms. Alexander questioned Patrick as to how much the checks would be written for, Patrick replied that each check would be written for $1,300 increments and that the checks would be "insurance checks." "Patrick" also stated that he would receive "600" per check and that Ms. Alexander would receive the remaining "700" as compensation. Ms. Alexander stated to Patrick that she was in need of new identification at which time "Patrick" stated that all Ms. Alexander needed to receive a new ID was to "give [him] a name and sign it." Ms. Alexander suggested the name "Cynthia Harris" which Ms. Alexander had previously used to negotiate several other checks. Ms. Alexander told your affiant that the computer and other peripherals used to display and produce her counterfeit driver's license that she had seen in the office on previous occasions were still inside the office. Ms. Alexander also confirmed by description that the subject Detective Gonzalez had seen entering the building was in fact the person known to her as "Patrick."

On 2-10-2000, Ms. Alexander was wired with a Unitel listening device and, as pre-arranged, met with "Patrick" in his office in suite 234 at 3600 S. St. Rd. 7 in Miramar. The conversation, between Ms. Alexander and "Patrick," was monitored by your Affiant and Special Agent Kevin Levy of the United States Secret Service. The conversation was as follows: Ms. Alexander walked into "Patrick's" office and "Patrick" handed to Ms. Alexander an envelope containing seven counterfeit bank checks, a counterfeit New York driver license, and a counterfeit Broward County School Board identification card. The counterfeit items of identification were issued to a "Cynthia Harris" as Ms. Alexander and "Patrick" had previously agreed upon. Both items of identification contained Ms. Alexander's photo. The checks were issued to "Cynthia Harris RN" for increments ranging from $1368 to $1466.17.

As "Patrick" exited suite 234 accompanied by Ms. Alexander, your Affiant, Detective George Jarrette of the Miramar Police Department and Special Agent Kevin Levy of the United States Secret Service took "Patrick" into custody. A search incident to the arrest, of "Patrick's" person, revealed him to be in possession of one blank plastic card (commonly referred to as "white plastic" and used by counterfeiters to manufacture counterfeit credit cards), one credit card "issued" to an individual other than "Patrick," two credit cards "issued" to corporations, a list of Wachovia bank branches in Broward, Martin, Palm Beach, and Brevard counties (the branch at 3650 N. Federal Highway in Lighthouse Point had been circled), and a Florida driver's license in the name of Patrice Olivier. Investigators located a small, white plastic garbage bag in the hallway in the area of "Patrick's" arrest. "Patrick" was asked, whether the bag belonged to him and he replied that it did not. The bag was seized and later searched. The item was found to contain several shredded suspected counterfeit Wachovia bank checks, a shredded counterfeit New York picture driver's license "issued" to "Miguel Ponce," and a shredded counterfeit New York picture driver's license issued to "Cynthia Harris." Detective

Gonzalez recognized "Patrick" as the individual that had been seen entering the "Executive Plaza" at 3600 S. St. Rd. 7 in Miramar on 2-9-2000.

The execution of the state search warrant revealed the following incriminating evidence:

    Desktop Computer System
    Laser Jet Printer
    Color Ink Jet Printer
    Flatbed Scanner
    I.D. Card Embossing Machine
    I.D. Card Producing Material
    Digital Camera
    Magnifying Lamp
    Reams of White and Gold Plastic
    Hologram Producing Material
    Chemicals and Cleaners to Produce Holograms
    Counterfeit New York Drivers License
    Blank Check Stock
    Tool Kit
    Medical Records from New York State Hospitals
    Miscellaneous Papers of an Incriminating Nature
    Florida State Seal and Hologram Material
    Signature Samples of Different Individuals

"Patrick" has been identified as PATRICE OLIVIER. A subsequent investigation has reveled that PATRICE OLIVIER is the center of a "Fraud Ring" that is comprised of at least five different individuals, and responsible for, to this date, over Two hundred Thousand Dollars ($200,000) in fraudulent checks and numerous counterfeit drivers licenses. A Secret Service Database search has also revealed that PATRICE OLIVIER is of record with this Service and in 1994 Defrauded Glendale Federal Bank for over Seven Thousand Dollars ($7,000). The case was referred to the FBI and no

action was taken. A check of PATRICE OLIVEIR's criminal record revealed that within the past nine (9) years he has been arrested and convicted of like crimes in the state of New York.

FURTHER AFFIANT SAYETH NAUGHT.

CHARLES BLOODWORTH
Special Agent
United States Secret Service

SWORN TO AND SUBSCRIBED before me at Fort Lauderdale, Broward County, Florida, this 14th day of February, 2000.

BARRY S. SELTZER
United States Magistrate Judge

# BOND SHEET

<u>    PATRICE OLIVIER    </u>
Defendant

Pre-trial detention is recommended.

_____
Terrence J. Thompson
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33392
FLORIDA BAR NO. 88171
TELEPHONE: (954) 356-7255x3516
FACSIMILE: (954) 356-7336
E-MAIL: Terrence.Thompson@justice.usdoj.gov

Address of Defendant:

Agent:
U.S.S.S., S/A Charles Bloodworth (305) 629-1776

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ PATRICE OLIVIER _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 12/5/66 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____ Male _____  RACE: _____ Black _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: U.S. SECRET SERVICE, 8375 NW 53rd ST, MIAMI, FL 33155 (305) 629-1472
_____ S/A Charles Bloodworth _____

TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

**UNITED STATES OF AMERICA**

vs.

**PATRICE OLIVIER**

_____

## CRIMINAL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes  _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes  _X_ No

3. Has AUSA Richard Scruggs had supervisory authority over, or otherwise participated in, this case?
   ____ Yes  _X_ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
Terrence J. Thompson
ASSISTANT UNITED STATES ATTORNEY
Court Bar Number A5500063
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394-3002
Telephone: (954) 356-7255x3516
Facsimile: (954) 356-7336
E-MAIL: Terrence.J..Thompson@justice.usdoj.gov

N:\udd\hpantale\forms\warrants\conspdefradcreditcard.cmpaw.wpd