AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Thompson USSS S/A Bloodworth (305) 629-1776

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PATRICE OLIVIER

**WARRANT FOR ARREST**

CASE NUMBER: 00-4031-BSS

*FILED by ___ D.C.*
*FEB 14 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PATRICE OLIVIER__
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   bank fraud and conspiracy to commit bank fraud;

in violation of Title __18__ United States Code, Section(s) 1344 and 371

BARRY S. SELTZER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BSS
Bail fixed at $ Pre-trial Detention

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

February 14, 2000, Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   [signature]
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |