U.S. MAGISTRATE JUDGE BARRY S. SELTZER    FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Patrice Olivier (J)# | CASE NO: | 00-4031-BSS |
| AUSA: | Terry Thompson /Dri Chase | ATTNY: | Chris Grillo Present |
| AGENT: | | VIOL: | 18:1344 & 371 (Henry) |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAR 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
    _____ Electronic Monitoring

A - advised of charge.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 3-16-00 | 10:00am | BSS |
| PTD/BOND HEARING: | 3-16-00 | 10:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 3-23-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 3-13-00    TIME: 11:00am    TAPE # 00-018    PG # 5
350-364