452676

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Thompson USSS S/A Bloodworth (305) 629-1776   F/D

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PATRICE OLIVIER

## WARRANT FOR ARREST

CASE NUMBER: 00-4031-BSS

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PATRICE OLIVIER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   bank fraud and conspiracy to commit bank fraud;

in violation of Title __18__ United States Code, Section(s) __1344 and 371__

BARRY S. SELTZER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BSS
Bail fixed at $ __Pre-trial Detention__

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

February 14, 2000, Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER  [signature]
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED  2/14/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  3/13/2000 | FOR:   USSS | Fred Depompa, SDUSM |