COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Patrice Olivier (J)#  CASE NO: 00-4031-BSS  *not retained*
AUSA: Terry Thompson *present*  ATTNY: Chris Grillo *present*
AGENT: _____  VIOL: _____
PROCEEDING: PTD HEARING/ Inquiry re Counsel  BOND REC: *APD (Amaiyon)*
BOND HEARING HELD — (yes)/no  COUNSEL APPOINTED: ✓
BOND SET @ $200,000 Corp Surety w/ Nebbia

FILED MAR 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: ✓

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as (directed) /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment. — *not in lieu ID documents or check*
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: *Dade/Broward/Palm Bch Counties*
12) Halfway House
    ✓ Electronic Monitoring *at home in evenings* *paid by PTS*
*Reside at curr address, no illegal drugs or excessive alcohol*

*Govt proceeding on risk of flight.*
*Agent Jason Brown Stephen (sworn)*

*X sworn*
*PTD request by Govt. is Denied*
*X —sworn for counsel*

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. or REMOVAL  3-23-00   11:00am   LSS
STATUS CONFERENCE: _____
DATE: 3-16-00   TIME: 10:00am   TAPE # 00-030   PG # 1038-3489
*ends 12:30pm*