UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4031-BSS

UNITED STATES OF AMERICA,       :

    Plaintiff,                          :

vs.                                              :

PATRICE OLIVIER,                      :

    Defendant.                         :
_____/

# NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                          Respectfully submitted,

                          KATHLEEN M. WILLIAMS
                          FEDERAL PUBLIC DEFENDER

By: _____
      Samuel J. Smargon
      Assistant Federal Public Defender
      Florida Bar No. 150230
      101 N.E. 3rd Avenue
      Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436
      (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 17 day of March, 2000 to Terry Thompson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Olivier\ASSIGN