COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PATRICE OLIVIER (J)            CASE NO: 00-4031-BSS
AUSA: TERRY THOMPSON                 ATTY: ~~CHRIS GRILLO~~ by Sam Smargon
AGENT:                                VIOL:
PROCEEDING PRELIM/ARRAIGNMENT        RECOMMENDED BOND
BOND HEARING HELD - yes/no           COUNSEL APPOINTED

FILED by OW D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @
SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
Continued/Re-Scheduled to PRELIM/ARRAIGN: April 6, 2000 @ 11:00 a.m.
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3/23/00   Time 11:00   FTL/LSS TAPE #00- 017   Begin: 0   End: 78

