UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4031-MM

UNITED STATES OF AMERICA,

vs.

PATRICE OLIVIER,

        Defendant.
_____/

### NOTICE OF FILING

The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this 3rd day of April 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

United States Attorney's Office

Sam Smargon, Esquire
Assistant Federal Public Defender
Attorney for Defendant



8016 NW 28th Street
Sunrise, FL 33322

March 21, 2000

U.S. Federal Courthouse
Magistrate Barry Seltzer
District Court Magistrate
299 E Broward Blvd.
Ft. Lauderdale, FL 33301

RE: <u>USA v. Patrice Olivier,</u> Complaint No.00-4031

To: The Honorable Magistrate Barry Seltzer

This letter is in regards to the above defendant who is presently being held at the detention center in Miami. I am the defendant's ex-wife. Although we are divorced, we have managed to keep a great relationship and have remained good friends. I believe one of the reasons is because we have 2 children together. They are twin girls named Ebony and Kanya Olivier, and they will turn 9 years old on April 17.

Their Dad and I ended our marriage 6 years ago, but he has managed to remain a strong and constant force in the children's life. Patrice, without a doubt, has been a great father to our twin girls and has helped me tremendously in raising them. Both of the children are on the honor roll. It probably would not have been possible if he wasn't constantly at them and helping them with homework. They are constantly asking for their father because they never stayed this long without seeing him. When he calls they ask him if he will be there at their birthday party.

On March 16, 2000, Patrice had a bond hearing in which bond was set at $200,000, which is impossible to post. My ex-husband has made a couple of mistakes in his life and I'm not writing this letter to make excuses for him. He is not a violent person and pose no physical danger to the community, he has a minimal past record which includes 1 prior conviction over 9 years ago. He made all required appearances and did not violate his probation. I truly believe he is not a flight risk, and would appear in court when directed so he could keep his close relationship with his daughters.

What I am writing this letter for is to ask you, on behalf of the children, if you would please reduce the bond to a reasonable amount so he can be released in my custody. I will make sure he finds a job (there is one waiting for him if he is released), I will take him to church with us, but most importantly, he'll be there with his children that he loves, cares for, and adores so much.

Thank you for taking time to read and consider this letter.

Very truly yours,

*Marie Excellent*

Marie Excellent



