COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PATRICE OLIVIER (J)            CASE NO: 00-4031-BSS
AUSA: TERRY THOMPSON /Kay/           ATTY: FPD - _Jim Amargo_
AGENT: _____        VIOL: _____
PROCEEDING PRELIM/ARRAIGNMENT        RECOMMENDED BOND _____
BOND HEARING HELD - yes/no           COUNSEL APPOINTED _____
        BOND SET @ _____
        SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS       x's a wk/month by phone;     x's a wk/month in person
3) Travel extended to:

_requested more time to work on this. Granted_

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:    5-1   11   LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4/6/00    Time: 11:00    FTL/LSS TAPE #00- 040    Begin: 1702    End: 1747

