U.S. MAGISTRATE JUDGE BARRY S. SELTZER · FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Patrice Olivier (J)# | CASE NO: | 00-4031-BSS |
| AUSA: | Terry Thompson | ATTNY: | FPD: Sam Smargon |
| AGENT: | | VIOL: | |
| PROCEEDING: | Agreed Bond | BOND REC: | $1... |

FILED by ___ D.C.
APR 03 2000
CLARENCE MADDOX
CLERK U S DIST CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
    ____ Electronic Monitoring _____

Take off at request of FPD — will reset at a later date

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 4-13-00     TIME: 11:00am     TAPE # 00-527     PG # 10