## COURT MINUTES

### U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

MAY 0 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

DEFT: PATRICE OLIVIER (J)         CASE NO: 00-6110-CR- ~~00-4031-SELTZER~~

AUSA: TERRY THOMPSON / Rosenthal   ATTY: FPD - Day for Smargon

AGENT: _____            VIOL: _____

PROCEEDING ~~PRELIM~~/ARRAIGNMENT INFO   RECOMMENDED BOND _____

FILED by ___ D.C.
MAY - 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no       COUNSEL APPOINTED

     BOND SET @

     SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Waiver of indictment executed in open court

Reading of ~~Indictment~~ INFO Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF: N/A

Date: 5-1-00    Time: 11:00    FTL/LSS TAPE #00- 023    Begin: 1199    End:

Re-call   1405    RA
                  15