AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.     CASE NUMBER: 00-6110-CR-

PATRICE OLIVIER

I, PATRICE OLIVIER, the above named defendant, who is accused of conspiring with others to make, utter and possess counterfeited and forged securities of federally insured banks, in violation of Title 18, United States Code, Sections 513(a) and 2; all in violation of Title 18, United States Code, Section 371, and being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on May 1, 2000, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Patrice Olivier, Defendant

_____
Samuel Smargon, AFPD, Counsel for Defendant

Before _____
LURANA S. SNOW,
UNITED STATES MAGISTRATE JUDGE

REC'D by
MAY 0 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by D.C.
MAY - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.