UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6110-CR-HURLEY

UNITED STATES OF AMERICA

vs

PATRICE OLIVIER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 1, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____SAM SMARGON, AFPD_____

                    Address:_____

                    Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this __1ST____ day of __MAY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-023_____

cc: Copy for Judge
    U. S. Attorney