U.S. MAGISTRATE JUDGE BARRY S. SELTZER - ORT LAUDERDALE

DEFT: Patrice Olivier (J)#   CASE NO: 00-6110-CR-Hurley
AUSA: Terry Thompson /Bob Nicholson   ATTNY: FPD: Sam Smargon
AGENT:   VIOL: present
PROCEEDING: Motion to reduce bond   BOND REC:
BOND HEARING HELD — yes/no (yes circled)   COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Motion is Denied

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 5-15-00   TIME: 11:00am   TAPE # 00-057   PG # 1803-2697

24