UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6110-CR-HURLEY

MAGISTRATE JUDGE VITUNAC



UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

PATICE OLIVIER, :

    Defendant. :
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a change of plea hearing is hereby set before the Honorable Daniel T.K. Hurley, Judge for the United States District Court, Southern District of Florida, at 701 Clematis Street, Room 352, West Palm Beach, Florida, on Friday, July 14, 2000, at 1:30 p.m.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Samuel J. Smargon
    Assistant Federal Public Defender
    Florida Bar No. 150230
    101 N.E. 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 5 day of June, 2000 to Terrence Thompson, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:\SMARGON\Olivier\Hearing.notice