
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ００-6110-CR-HURLEY

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs | ) |
| PATRICE OLIVIER, | ) |
| Defendant. | ) |



## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Bertha Mitrani.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Terrence J. Thompson
ASSISTANT UNITED STATES ATTORNEY
Court Bar Number: A5500063
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Telephone:  (954) 356-7255x35156
Facsimile:  (954) 356-7336
E-Mail: Terrence.J.Thompson@justice.usdoj.gov

cc: Secret Service Jason Krout



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 23rd day of June, 2000

to:  Samuel J. Smargon, AFPD
     101 NE Third Avenue, #202
     Fort Lauderdale, Florida 33301

Terrence J. Thompson
ASSISTANT UNITED STATES ATTORNEY

Case 0:00-cr-06110-DTKH    Document 26    Entered on FLSD Docket 06/26/2000    Page 2 of 2