CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

=================================

Case No. 00-6110-CR-Hurley     Date 7-14-00

Courtroom Deputy: ~~James E. Caldwell~~ Irene Rivera     Court reporter: Pauline Stipes

Language Spoken: English     Defendant's Status: (Pretrial / Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Patrice Olivier

AUSA: Terrence Thompson     DEFENSE COUNSEL: Samuel Smargon

TYPE OF HEARING: Change of plea from not guilty to guilty as to Count One of the Information

RESULTS OF HEARING: Plea of guilty accepted

Misc.: Sentencing date set for Friday October 27th, 2000 at 9:00 A.M.

FILED by D.C.
JUL 14 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.