UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
vs. )
PATRICE OLIVIER   (#55234-004) )

CRIMINAL CASE NO. 00-6110-CR-HURLEY

**NOTICE OF SENTENCING DATE**

FILED by _____ D.C.
JUL 1 4 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO: Above named Defendant

By direction of the Honorable __Daniel T. K. Hurley__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __FRIDAY, OCTOBER 27__, 20__00__ at __9:00__ A.M. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom __5__,

- ❏ 301 N. Miami Avenue, Miami FL 33128-7788
- ☒ 701 Clematis Street, WPB, FL 33401

Where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for Interview and further instructions.

Clerk, United States District Court

DATE: JULY 14, 2000
COUNSEL: AFPD SAMUEL J. SMARGON
RECEIVED: _____ (Defendant)

By: _____ COURTROOM DEPUTY CLERK

| | | | | |
|---|---|---|---|---|
| GUILTY PLEA | (xx) | BOND | ( ) | TO COUNTS: one |
| TRIAL | ( ) | FEDERAL CUSTODY | ( ) | TO TOTAL COUNTS: |
| NOLO PLEA | ( ) | STATE CUSTODY | ( ) | ASST. U.S. ATTY. TERRENCE J. THOMPSON |
| | | USM CUSTODY | (X) | |