UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6110-CR-HURLEY

MAGISTRATE JUDGE VITUNAC



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

PATRICE OLIVIER,    :

    Defendant.    :
_____/

## OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT

Patrice Olivier ("Olivier"), by counsel, hereby files this objection to the Pre-Sentence Investigation Report (PSI) for the following reasons:

Olivier is charged in a one count Information with Conspiracy to utter and possess counterfeit bank securities in violation of 18 USC § 371. It is alleged that he assisted in the preparation of counterfeit checks that ultimately were cashed or attempted to be cashed at local financial institutions.

On page 9, paragraph 29 of the PSI, Olivier received two extra points for an adjustment for role in the offense by using a "special skill" pursuant to § 3B1.3 of the Sentencing Guidelines. Olivier objects.

Olivier is computer literate, has had minimal training in the visual arts, and these checks were created and printed with the aid of a computer. Because of his "minimal" training, and the use



of a computer, United States Probation Officer Cataldo, in writing the PSI, gave two extra points to Olivier for "special skills."

The commentary to 3B1.3 states as follows:

> "Special Skill" refers to a skill not possessed by members of the general public and usually requiring substantial education, training or licensing. Examples would include pilots, lawyers, doctors, accountants, chemists, and demolition experts.

It is the position of Olivier that no "special skills" were required to produce these checks. Over the counter software (Quicken, Photo Shop, and Versa Check) are available to anyone. The nature of the software is such that anyone who can turn on a computer and follow the prompts can create these checks. It requires no special education, training or license, and is readily available to the general public.

WHEREFORE, Patrice Olivier objects to the two extra points for "special skills" and requests his guideline offense level now be an 11, criminal history I, for a guideline range of 8-14 months.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _16_ day of October, 2000 to Bertha Mitrani, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Virginia Cataldo, United States Probation Officer, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401-5912.

*Samuel J. Smargon*

S:\SMARGON\Olivier\Sentencing 01