UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6110-CR-HURLEY

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

PATRICE OLIVIER,    :

    Defendant.    :
_____/



## MOTION TO ALLOW COMPUTER IN COURTHOUSE

Patrice Olivier ("Olivier"), by counsel, hereby files this Motion to allow computer in courthouse for the following reasons:

1.    On Friday, October 27, 2000, Olivier's sentence is scheduled.

2.    An objection to the PSI was filed requesting that two points for "special skills" be eliminated.

3.    The undersigned attorney intends to utilize a computer and scanner to establish that no "special skills" were involved in this case.

4.    The computer specialist for the Federal Defender's Office, Brandy Troy, possesses a lap-top computer and scanner that she intends to use to demonstrate to the court that no "special skills" were utilized in this case.

WHEREFORE, Patrice Olivier requests this court to allow Brandy Troy to bring into the Federal Courthouse at West Palm Beach her lap-top computer and scanner to utilize at Olivier's sentence hearing.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Samuel J. Smargon

Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 25th day of October, 2000 to Terry Thompson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

/s/ Samuel J. Smargon

Samuel J. Smargon

R:\WPalmBch\Computer.01

2