UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6110-CR-HURLEY

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

PATRICE OLIVIER,   :

    Defendant.   :
_____/



## ORDER GRANTING MOTION TO ALLOW COMPUTER IN COURTHOUSE

THIS CAUSE having come before the Court on Defendant's Motion to Allow Computer in Courthouse Bond and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to allow computer in Courthouse is hereby GRANTED. Computer Specialist for the Federal Defender's Officer, Brandy Troy, is allowed to bring into the Federal Courthouse at West Palm Beach her lap-top computer and scanner to utilize at defendant's sentence hearing on Friday, October 27, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 26th day of October, 2000.

                                          DANIEL T.K. HURLEY
                                          UNITED STATES DISTRICT JUDGE

cc:    Samuel J. Smargon, AFPD
        Terry Thompson, AUSA

