1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. |
|  | ) | 00-6110-CR-HURLEY |
| Plaintiff, | ) |  |
|  | ) | West Palm Beach, Fl. |
| v. | ) | July 14, 2000 |
|  | ) | 10:00 a.m. |
| PATRICE OLIVIER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

------------------------------x

TRANSCRIPT OF PLEA HEARING
BEFORE THE HONORABLE DANIEL T.K. HURLEY

APPEARANCES:

For the Government:   TERRANCE THOMPSON, Assistant U.S.
                      Attorney.

For the Defendant:    SAMUEL SMARGON, Assistant Federal Public
                      Defender.

Court Reporter:       Pauline A. Stipes CSR, RPR, RMR,
                      United States Courthouse
                      West Palm Beach, FL  33401



Pauline A. Stipes
Official Federal Reporter