UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)　　CASE NUMBER
　　　　　　PLAINTIFF, 　　　　  )　　00-6110-CR-HURLEY
　　　　　　　　　　　　　　　　)
　　VS.　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
PATRICE OLIVIER,　　　　　　　　)　　THIS VOLUME:
　　　　　　　　　　　　　　　　)　　PAGES 1 - 18
　　　　　　DEFENDANT.　　　　　 )
_____)

(TRANSCRIPT BY TAPE)

　　　TRANSCRIPT OF MOTION TO REDUCE BOND HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON MAY 15, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:　　ROBERT N. NICHOLSON, A.U.S.A.
　　　　　　　　　　　　500 EAST BROWARD BLVD., 7TH FLOOR
　　　　　　　　　　　　FT. LAUDERDALE, FL 33301  954/356-7255

FOR THE DEFENDANT:　　 SAMUEL SMARGON, A.F.P.D.
　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER'S OFFICE
　　　　　　　　　　　　101 N.E. 3RD AVENUE, SUITE 202
　　　　　　　　　　　　FT. LAUDERDALE, FL 33301
　　　　　　　　　　　　　　　　(TEL) 954/356-7436
　　　　　　　　　　　　　　　　(FAX) 954/356-7556

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488