UNITED STATES DISTRICT OF FLORIDA **NIGHT BOX FILED**
SOUTHERN DISTRICT OF FLORIDA

**MAR 27 2001**

CASE NO. 00-6110-CR- HURLEY

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA

Plaintiff,

v.

PATRICE OLIVIER

Defendant.
_____/

## CONSENT TO FORFEITURE

The United States of America, by and through the undersigned Assistant U.S. Attorney, and

defendant Patrice Olivier , hereby stipulate and agree that the following property is knowingly and

voluntarily forfeited to the United States of America:

1.     Defendant Patrice Olivier ("defendant") hereby consents to the forfeiture of the

following property to the United States of America ("United States") pursuant to 18 U.S.C. § 982:

a.  The property is listed in attachment "a".

2.     Defendant admits that the property listed in attachment "a" ("property") represents

property involved in violations of 18 U.S.C. § 371 and 513(a) or is property traceable to such

property.  As such, the property is subject to forfeiture pursuant to 18 U.S.C. § 982 and 981.

3.     It is the intention of the parties that the terms of this Consent to Forfeiture shall bind

the United States and defendant.

4.     Defendant presents that he is the true and sole owner, legally and beneficially, of the

property.

5.    Defendant agrees to hold the United States, it agencies, and its past and present agents and employees harmless from any and all claims, including third parties claims, in connection with or arising from the seizure, detention, and maintenance of the property and the United States' entry into this agreement.

6.    Defendant agrees to turn over to the United States the property listed in attachment "a" and not to contest the government's forfeiture actions.

7.    Defendant agrees to withdraw any claims to the property which is being forfeited to the United States and assign all his right, title and interest in same to the United States of America. Furthermore defendant agrees to execute all documents necessary to transfer all right, title and interest in the above-described property to the United States.

8.    Defendant hereby remises, and forever discharges, and by these presents does for her heirs, statutory survivors, executors, administrators, personal representatives, successors and assignees, remise, release, acquit, satisfy and forever discharge the United States of America, and its agents, servants, attorneys and employees from any and all claims and causes of action arising from the seizure, detention and maintenance of the property described in attachment "a."

9.    The defendant knowingly, voluntarily and unconditionally agrees to waive any double jeopardy challenge or defense that she may have to existing or future civil or administrative forfeiture actions arising from the course of conduct that provided the factual basis for this case. The defendant further agrees to waive any double jeopardy challenges or defenses that he may have to the criminal charges set forth in the information filed in this case based upon any pending or

completed forfeiture action whether judicial or administrative.

10.    The defendant knowingly and voluntarily agrees to waive any claim or defense he may have under the Eighth Amendment to the United States Constitution, including any claim of excessive fine or penalty with respect to the forfeited assets.

11.    Except as otherwise provided in this agreement, each party shall bear its own costs and attorney's fees.

PATRICE OLIVIER

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
BERTHA R. MITRANI
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3511
E-mail: Bertha.Mitrani2@justice.usdoj.gov

BY: _____
SAMUEL J. SMARGON
Assistant Federal Public Defender
Counsel for Patrice Olivier
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-7436 Ext.103

3

 

# CERTIFIED INVENTORY OF EVIDENCE

| | |
|---|---|
| SERIAL NUMBER | 311 2000 CE 258 |

| EVIDENCE HELD AGAINST | ☐ SPECIMEN |
|---|---|
| OLIVIER PATRICE | |

| | |
|---|---|
| CASE NO. | 311-724-0047234-S |
| OFFICE | MIAMI FIELD OFFICE |
| DATE OF INVENTORY | 02/11/00 | PAGE **1** OF **2** PAGES |

EVIDENCE INVENTORIED BY

_signature_

CHARLES D. BLOODWORTH    2/11/00
SIGNATURE - SPECIAL AGENT    DATE

REVIEWING SUPERVISOR

_signature_

OVIDIO J. BURGOS    3/21/00
SIGNATURE    DATE

JAMES L. WHITLOCK    02/11/00
SIGNATURE - WITNESS    DATE

I certify the evidence described in the page(s) of this inventory, not otherwise disposed of per attached documentations, was verified for final retention at:   ☐ FSD   ☐ CFT.

SIGNATURE - DIVISION    DATE

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| 1 | 02/10/00 | 1 | THE FOLLOWING ITEM WAS SEIZED FROM SUITE 234, 3600 STATE ROAD 7, MIRAMAR, FLORIDA AND IS BEING WAREHOUSED AT VSB.<br><br>CANNON COLOR LASER COPIER 350.<br><br>MARKED FOR IDENTIFICATION:<br>"CDB, 02/11/00", (SA CHARLES D. BLOODWORTH)<br>    SERIAL NUMBERS:<br>        NRW01049 | $10000.00 |
| | | | TOTAL ⟶ | $10000.00 |

UNITED STATES SECRET SERVICE    SSF 1644 (03/86)

(A) ORIGINAL WITH SIGNATURES TO CASE FILE
(B) 1 COPY TO REMAIN WITH EVIDENCE AT ALL TIMES
(C) 1 COPY TO ADMINISTRATIVE FILE 710.101
(D) 1 COPY TO WORK FILE

FINAL
MLA

ATTACHMENT "A"

| CERTIFIED INVENTORY OF EVIDENCE | | SERIAL NUMBER 311 2000 CE 178 |
|---|---|---|

| EVIDENCE HELD AGAINST ☐ SPECIMEN | CASE NO: 311-724-0047234-S |
|---|---|
| OLIVIER PATRICE | |

| | OFFICE MIAMI FIELD OFFICE |
|---|---|

| EVIDENCE INVENTORIED BY | | DATE OF INVENTORY 02/11/00 | PAGE 1 OF 3 PAGES |
|---|---|---|---|
| CHARLES B. BLOODWORTH 2/11/0 | | REVIEWING SUPERVISOR | |
| SIGNATURE - SPECIAL AGENT / DATE | | OVIDIO . BURGOS 3/16/00 | |
| JAMES S. LEWIS 3/11/00 | | SIGNATURE DATE | |
| SIGNATURE - WITNESS DATE | | | |

I certify the evidence described in the page(s) of this inventory, not otherwise disposed of per attached documentations, was verified for final retention at: ☐FSD ☐CFT.

SIGNATURE - DIVISION          DATE

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| | | | THE FOLLOWING ITEMS WERE SEIZED FROM SUITE #234, 3600 STATE ROAD 7, HOLLYWOOD, FLORIDA. | |
| 1 | 02/10/00 | 1 | HEWLETT PACKARD CPU 8580C SERIAL NUMBERS: GF0P23220620A | $1200.00 |
| 2 | 02/10/00 | 1 | ACER MONITOR 77E W/ATTACHED SPEAKERS SERIAL NUMBERS: 9170602001 | $500.00 |
| 3 | 02/10/00 | 1 | HEWLETT PACKARD KEYBOARD SERIAL NUMBERS: C990761839 | $150.00 |
| 4 | 02/11/00 | 1 | HEWLETT PACKARD MOUSE SERIAL NUMBERS: 51839012 | $30.00 |
| 5 | 02/10/00 | 1 | EPSON STYLUS COLOR PRINTER 740 SERIAL NUMBERS: A6RE030276 | $199.00 |
| 6 | 02/10/00 | 1 | AGFA SNAPCAN 1236 SERIAL NUMBERS: 53BC38205 | $184.00 |
| | | | TOTAL ——→ | $2263.00 |

UNITED STATES SECRET SERVICE

SSF 1544 (03/88)

(A) ORIGINAL WITH SIGNATURES TO CASE FILE
(B) 1 COPY TO REMAIN WITH EVIDENCE AT ALL TIMES
(C) 1 COPY TO ADMINISTRATIVE FILE 710.101
(D) 1 COPY TO WORK FILE

FINAL
MLA

| Certified Inventory of Evidence (Continuation Sheet) | | | SERIAL NUMBER (FROM SSF 1544) **311 2000 CE 178** | PAGE **2** OF **3** PAGES |
|---|---|---|---|---|
| DATE OF INVENTORY **02/11/00** | | OFFICE MIAMI FIELD OFFICE | | CASE NO. **311-724-0047234-S** |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| | | | BROUGHT FORWARD | $2263.00 |
| 7 | 02/10/00 | 1 | FARGO ID CARD PRINTER | $6900.00 |
| 8 | 02/10/00 | 1 | HEWLETT PACKARD LASER JET 2100 SERIAL NUMBERS: USCC011430 | $700.00 |
| 9 | 02/10/00 | 1 | OLYMPUS DIGITAL CAMERA SERIAL NUMBERS: 59501907 | $500.00 |
| 10 | 02/10/00 | 1 | TECH SOLUTIONS SHREDDER MARKED FOR IDENTIFICATION: "CDB. 02/11/00". (SA CHARLES D. BLOODWORTH) | $20.00 |
| | | | TOTAL ——> | $10383.00 |

UNITED STATES SECRET SERVICE

SSF 1544A (03/86)

FINAL
MLA

(A) ORIGINAL WITH SIGNATURES TO CASE FILE
(B) 1 COPY TO REMAIN WITH EVIDENCE AT ALL TIMES
(C) 1 COPY TO ADMINISTRATIVE FILE 710.101
(D) 1 COPY TO WORK FILE