UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6110-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

v.

PATRICE OLIVIER,

    Defendant.
_____/

NIGHT BOX
FILED

JUL 03 2001

CLERK, USDC / SDFL / WPB

## JOINT STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorney, and Defendant PATRICE OLIVIER, through his counsel, hereby stipulate and agree that the defendant is responsible for restitution is the amount of twenty thousand, two hundred seventy-four dollars and five cents ($20,274.05), as a result of the counterfeiting activities alleged in the Information, and for which he has pleaded guilty.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel Smargon
Assistant Federal Public Defender
Florida Ba. No.
One East Broward Blvd.
Fort Lauderdale, Florida 33301
Tel. 954/356-7436
Fax: 954/356-7556

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336